UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LINDA MILKSON                                                                               PLAINTIFF

V.                       Case No. 3:23-CV-00250-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                       DEFENDANT

## ORDER

Plaintiff Linda Milkson filed the above-captioned case, seeking judicial review of the administrative denial of her application for disability insurance benefits under Title II of the Social Security Act. (Doc. 2). On April 8, 2024, the Defendant filed a motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 10). The motion is unopposed. *Id.* at 1. For good cause shown, the motion will be granted.

Accordingly, the Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 10) is GRANTED. This matter is REVERSED and REMANDED to the Commissioner of the Social Security Administration for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 9th day of April, 2024.

*Benecia Moore*
_____
UNITED STATES MAGISTRATE JUDGE