UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LINDA MILKSON                                                                                          PLAINTIFF

V.                          Case No. 3:23-CV-00250-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Linda Milkson, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 9th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE