IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LINDA MILKSON**                                                                                          **PLAINTIFF**

V.                              CASE NO. 3:23-CV-00250 BRW

**MARTIN O'MALLEY,**
**Commissioner of Social Security**                                                   **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 13).

Defendant has responded to the Motion[1] and some of the objections are well taken.

Accordingly, Plaintiff's motion is GRANTED IN PART, and she is entitled to $6,782.35 in attorney's fee.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[2]

IT IS SO ORDERED this 27th day of June, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 14.

[2] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).